**Ada DOODY et al.**

v.

**HANNAFORD BROS. CO.**

Supreme Judicial Court of Maine.

Argued Feb. 7, 1996.

Decided March 8, 1996.

Waldemar G. Buschmann (orally), Weeks & Hutchins, Waterville, for Plaintiffs.

Wendall G. Large, Elizabeth G. Stouder (orally), Richardson, Whitman, Large & Badger, Portland, for Defendant.

Before WATHEN, C.J., and ROBERTS, GLASSMAN, CLIFFORD, RUDMAN, and LIPEZ, JJ.

ROBERTS, Justice.

Ada and Ruel Doody appeal from a summary judgment entered in the Superior Court (Kennebec County, *Alexander, J.*) for the defendant, Hannaford Bros. Co., on the Doodys' negligence claim. Because we conclude that Hannaford is not entitled to a summary judgment, we vacate the judgment.

Contrary to Hannaford's contention, this case is not simply a "foreign substance" case controlled by *Milliken v. City of Lewiston,* 580 A.2d 151 (Me.1990). Although the Doodys concede that Hannaford had no notice of a broken egg on which Ada Doody slipped, they allege that she failed to see the egg because of poor lighting in the vicinity of the egg display caused by a temporary display rack that blocked an overhead light. The adequacy of the lighting conditions on August 24, 1992, is a disputed question of material fact. Moreover, the Doodys need not present expert testimony because the issue is "one which is plainly comprehensible by the jury and of such a nature that unskilled persons would be capable of forming correct conclusions respecting it without the opinion of experts." *Baker v. Mid Maine Medical Ctr.,* 499 A.2d 464, 469 (Me.1985) (quoting *Ginn v. Penobscot Co.,* 334 A.2d 874, 883 (Me.1975)).

The entry is:

Judgment vacated.

All concurring.